**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

GE Lighting Solutions, LLC    v.    Technical Consumer Products, Inc.

No. 2015-2044

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: GE Lighting Solutions, LLC
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: Richard L. Rainey
Law Firm: Executive Counsel, IP Litigation for the General Electric Company
Address: 3135 Easton Turnpike
City, State and Zip: Fairfield, CT 06828
Telephone: 202-322-0993
Fax #:
E-mail address: rrainey50@gmail.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/4/96

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 10/1/2015    Signature of pro se or counsel /s/ Richard L. Rainey

cc:

Reset Fields